UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BANK OF AMERICA, successor-in-interest )
to GreenPoint Mortgage Funding, Inc., )
)
      Appellant, )
)
v. ) **JUDGMENT**
)
) No. 5:11-CV-501-FL
AUBREY LYMAN MEADE, JR., )
)
      Appellee. )
)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court dated July 29, 2011.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 10, 2012, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on July 10, 2012, and Copies To:**

Alan B. Powell (via CM/ECF Notice of Electronic Filing)
Christopher C. Finn (via CM/ECF Notice of Electronic Filing)
George Mason Oliver (via CM/ECF Notice of Electronic Filing)
Jonathan E. Friesen (via CM/ECF Notice of Electronic Filing)

July 10, 2012                  JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk